AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:04CR084 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 18087-047 | |
| ) | | |
| LARON L. NEWMAN ) | Julie B. Hanson | |
| Defendant. ) | Defendant's Attorney | |
| Date of previous judgment: 3/8/2006 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 96 months is reduced to 77 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 140 to 175 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated March 8, 2006 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 18th day of June, 2008
Effective Date: June 18, 2008

s/ Joseph F. Bataillon
Chief United States District Judge